**United States District Court**
**Violation Notice** (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR45 | E1210306 | 1184 | 1184 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 6-20-25 2328
Offense Charged: ☒ CFR ☐ USC ☐ State Code
41 CFR 102-74.380(E)

Place of Offense: 4310 SW MACADAM AVE.

Offense Description: Factual Basis for Charge    HAZMAT ☐
THROWING ARTICLES OF ANY KIND OR FROM ON AT A BUILDING

### DEFENDANT INFORMATION

Last Name: CHAMBERS
First Name: AZIEL
MI: A

Street Address: [redacted]

APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov →
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1000 SW THIRD AVE. PORTLAND OR 97204
Date: TBD
Time: TBD

X Defendant Signature: IN CUSTODY

Original - CVB Copy

*E1210306*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

SEE ARRESTING OFFICER PC STATEMENT

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 6-21-25   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident